IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-01523-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

STUART BUSH,

    Defendant.

---

## ORDER OF DISMISSAL

---

    In accordance with Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of Stuart Bush filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on October 21, 2014 (ECF No. 20), it is

    ORDERED that Defendant Stuart Bush and this action are **DISMISSED WITH PREJUDICE**.

    Dated:  October 21, 2014

                                     BY THE COURT:

                                     s/ Wiley Y. Daniel
                                     Wiley Y. Daniel
                                     Senior United States District Judge